**DISMISS and Opinion Filed September 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00712-CV

### MARIA ALMAZAN, Appellant
### V.
### STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F10-62697-J**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Molberg

Before the Court is the parties' agreed motion to dismiss the appeal. Pursuant

to Texas Rule of Appellate Procedure 42.1(a)(2), we grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

200712f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARIA ALMAZAN, Appellant

No. 05-20-00712-CV        V.

STATE OF TEXAS, Appellee

On Appeal from the Criminal District
Court No. 2, Dallas County, Texas
Trial Court Cause No. F10-62697-J.
Opinion delivered by Justice
Molberg. Justices Carlyle and
Browning participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 18th day of September, 2020.